# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

BRAD D. BAYLES, AN INDIVIDUAL, FOR HIMSELF, AND ON BEHALF OF JEFFERSON OF MONTICELLO, INC, A PENNSYLVANIA CORPORATION,

      Respondents

      v.

ROBERT G. HAMROCK, AN INDIVIDUAL AND JEFFERSON OF MONTICELLO, INC., A PENNSYLVANIA CORPORATION,

      Petitioners

: No. 76 WM 2023
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 25th day of March, 2024, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.